IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| ELIZABETH MWANGI, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. 4:14-cv-0079-HLM |
| v. | ) | |
| | ) | |
| FEDERAL NATIONAL | ) | REMOVED FROM PAULDING |
| MORTGAGE ASSOCIATION, | ) | COUNTY SUPERIOR COURT, |
| A PLUS REALTY, LLC, | ) | CASE NO. 14-CV-000708-JO |
| ASSET MANAGEMENT | ) | |
| SPECIALISTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

COME NOW Plaintiff and Defendant Federal National Mortgage Association ("Fannie Mae") and hereby stipulate and agree that Fannie Mae shall have through and including January 14, 2015 to move, answer, object or otherwise respond to Plaintiff's Motion to Compel Production and For Costs Incurred [Doc. No. 31].

Respectfully submitted this 29th day of December, 2014.

/s/ **John D. Andrle**
JOHN D. ANDRLE
Georgia Bar No.: 774046
Attorney for Defendant
Cobb, Olson & Andrle, LLC
Six Piedmont Center, Suite 700

3525 Piedmont Road, N.E.
Atlanta, Georgia 30305
Phone: (404) 373-1612
Fax: (404) 373-2461
jandrle@olsonandrle.com

**/s/ Andrew Evans**
Andrew Evans
Georgia Bar No.: 251399
Attorney for Plaintiff
Evans Law, LLC
3001 Lookout Place, NE
Atlanta, Georgia 30305
Phone: (404) 276-0629
Fax: (770) 200-1692
aevans@evanslawpractice.com

## John D. Andrle

| | |
|---|---|
| **From:** | Andrew Evans <aevans@evanslawpractice.com> |
| **Sent:** | Tuesday, December 16, 2014 5:44 PM |
| **To:** | John D. Andrle |
| **Cc:** | Frank Olson |
| **Subject:** | RE: Order from the Court today (12/16) |

As you said, the Order does not address the MTC directly so I presume your response brief is due in two weeks. Would it help if I agreed to push back that deadline until 1/14 so that it lines up with the production deadlines?

That would allow you to focus on production instead of having a looming deadline on responding to fee requests, etc.

- - - -
Andrew Evans
Evans Law, LLC
3001 Lookout Place, NE
Atlanta, GA 30305
Tel: (404) 276-0629
Fac: (770) 200-1692

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ELIZABETH MWANGI, | |
| Plaintiff, | CIVIL ACTION FILE NO. 4:14-cv-0079-HLM |
| V. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | REMOVED FROM PAULDING COUNTY SUPERIOR COURT, CASE NO. 14-CV-00070840 |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served a true and complete copy of the attached document upon the following parties via CM/ECF electronic filing and to non-CM/ECF participants by first-class mail with adequate postage affixed thereto.

Andrew Evans
EVANS LAW, LLC
3001 Lookout Place NE
Atlanta GA 30305

This 29th day of December, 2014.

Cobb, Olson and Andrle, L.L.C.

By:   /s/John D. Andrle

3

Georgia Bar No. 488330
Attorneys for Defendant Federal National Mortgage Association

500 Sugar Mill Road
Suite 160-B
Atlanta, GA 30350
(770) 200-8587
(770) 635-2587 facsimile
jandrle@coalegal.com

4